Case 7:25-cv-00003   Document 12   Filed on 12/10/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 10, 2025
Nathan Ochsner, Clerk

NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ADOLFO PEREZ,<br>　　Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 7:25-CV-003 |
| | § | |
| FRANK BISIGNANO,<br>Commissioner of Social Security<br>Administration,<br>　　Defendant. | §<br>§<br>§<br>§ | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court has reviewed the magistrate judge's Report and Recommendation regarding Plaintiff Perez's petition pursuant to 42 U.S.C. § 402(g) of the Social Security Act. After having reviewed the Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Juan F. Alanis's Report and Recommendation entered as Docket Entry No. 11 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that the Commissioner's decision should be **REVERSED**, and the case should be **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for reconsideration consistent with this opinion.

The Clerk shall send a copy of this Order to counsel for each party.

SO ORDERED December 10, 2025, at McAllen, Texas.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Randy Crane
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge